# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

_____

No. 00-50785
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY PAUL KARR,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Texas
USDC No. A-99-CR-274-1-SS

August 13, 2001

Before EMILIO M. GARZA, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Cir. R. 47.6.

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.